**Order entered January 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01468-CV

### JOSETTE HARVEY, Appellant

### V.

### GS SHADOWS, LP, ROC II TX, SHADOWS OF COTTONWOOD, LLC, GREYSTAR ASSOCIATES VII, LLC AND GREP SOUTH, LP, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-10616

## ORDER

Before the Court are appellant's January 7, 2019 "motion for extension of time to allow court reporter time to provide [her and this Court] a copy of trial transcript" and "motion to support appeal without transcript." By opinion and judgment issued on this date, we dismissed this appeal for want jurisdiction. Accordingly, we **DENY** appellant's motions as moot.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE